✓ JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION-APPOINTED TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN; UNION-APPOINTED TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MANAGEMENT-APPOINTED TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN; MANAGEMENT-APPOINTED TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN,<br><br>Defendants. | Case No.: CV 07-05770 DSF (SHx)<br><br>JUDGMENT |

This action came on for hearing before the Court on February 11, 2008, Hon. Dale S. Fischer, District Judge Presiding, on a Motion for Summary Judgment by the Petitioners, Union-appointed Trustees of the Screen Actors Guild – Producers Pension Plan; Union-appointed Trustees of the Screen Actors Guild – Producers Health Plan. After considering the evidence and argument of counsel, the Court granted Petitioners' Motion for Summary Judgment.

On February 25, 2008, the Court further ordered that the parties meet with Dean John D. Feerick at the earliest possible time, but beginning no later than June 9, 2008 and continuing until the meeting is completed.

It is further ordered and adjudged that Petitioners recover their costs of action.

IT IS SO ORDERED.

Dated: 3-12-08

Dale S. Fischer
United States District Judge